# IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  Timothy L Sanders | CASE NO.: 19-13878 |
| & Roesha Sanders, DEBTOR(s) | CHAPTER 13 |

## MOTION TO EXTEND AUTOMATIC STAY

**COME(S) NOW** the above referenced Debtor(s), by and through attorney of record, W. Heath Franklin, and moves this Court for an Order extending the automatic stay provided under 11 U.S.C. §362(a) as to all creditors.  In support of said motion the Debtor(s) would show to the Court the following:

1. The Debtor(s) filed a voluntary petition under Chapter 13 of the U. S. Bankruptcy Code on September 25, 2019.

2. The Debtor(s) filed said voluntary petition in good faith.

WHEREFORE PREMISES CONSIDERED DEBTOR PRAYS:

1. That this Court will grant the Debtor's request to extend the automatic stay under §362(a) as to all creditors for the duration of this Chapter 13 proceeding or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

That the Debtor(s) will be granted any other relief to which the may be entitled in the premises.

Respectfully submitted this 28th day of September, 2019

FRANKLIN LAW FIRM, PLLC
Attorney for the Debtor
BY: /s/W. Heath Franklin
W. Heath Franklin MSB #99158
PO BOX 192
Leland, MS 38756
Phone & Fax (662) 771-5133
heath@franklinlawfirmpllc.onmicrosoft.com

### IN THE UNITED STATES BANKRUTPCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:  Timothy L Sanders  &**            **CASE NO.: 19-13878**
**Roesha Sanders DEBTOR(s)**            **CHAPTER 13**

### DECLARATION IN SUPPORT OF MOTION TO THE
### EXTEND AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(c)(3)

**The debtor(s), in support of the Motion to Extend the Automatic Stay, state(s) as follows:**

**1.** I have personal knowledge of the facts listed in the foregoing situation.

**2.** I am over the age of 18, of sound mind, are capable of making this Declaration, and am fully competent to testify to the matters stated herein.

**3.** I filed this bankruptcy petition on 09/25/2019

**4.** I previously filed bankruptcy, 16-10024, under Chapter 13 on 01/05/2016 and that case was dismissed on 07/10/2019.

**5.** I have had no other pending bankruptcy cases in the preceding one-year period.

**6.** I have not had any prior case[s] dismissed in the past year for any of the following reasons:

- failure to file or amend the petition or other required documents without substantial excuse;
- failure to provide adequate protection as ordered by the Court; or
- failure to perform the terms of a plan confirmed by the Court;

**7.** I have had a substantial change in our financial or personal affairs since the dismissal of the last case and believe that this case will result in a confirmed plan that will be fully performed.

**8.** These changes are as follows: Co-Debtor became unemployed during previous case, but is now receiving regular Social Security Disability benefits, and their income has stabilized.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/26/2019      */s/Timothy L Sanders*
                                  Debtor's Signature
            09/26/2019      */s/Roesha Sanders*
                                  Co-Debtor's Signature

## CERTIFICATE OF SERVICE

I, W. Heath Franklin, attorney for the Debtor, do hereby certify that I have the day transmitted via electronic means or U.S. mail, postage pre-paid, a true and correct copy of the foregoing *Motion to Extend Automatic Stay* to the attached mailing matrix, and to the following:

Locke D. Barkley, Chapter 13 Trustee        sbeasley@barkley13.com

Office of the U.S. Trustee                  USTPRegion05.AB.ECF@usdoj.gov


DATED:  09/26/2019

*/s/ W. Heath Franklin*
W. HEATH FRANKLIN - MSB No. 99159
Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 19-13878-SDM<br>Northern District of Mississippi<br>Aberdeen<br>Sun Sep 29 14:11:43 CDT 2019 | AIS Portfolio Svcs, LP<br>FBO Cap1 Auto Finance<br>4515 N Santa Fe Ave<br>Oklahoma City, OK  73118-7901 | Ability Recovery Services<br>FBO MS Emer. Phys Svcs LLC<br>PO Box 4031<br>Wyoming, PA  18644-0031 |
| Anson Street LLC<br>c/o Shellpoint Mtg. Svcing<br>PO Box 10826<br>Greenville, SC  29603-0826 | Avenue<br>PO Box 659584<br>San Antonio, TX  78265-9584 | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 |
| Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | Bolivar Medical Center<br>PO Box 1380<br>Cleveland, MS  38732-1380 | CAPITAL ONE AUTO FINANCE<br>3905 N DALLAS PKWY<br>PLANO, TX 75093-7892 |
| Capital One Bank USA N<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cbc LLC<br>FBO NW MS Regional<br>PO Box 5067<br>Kingsport, TN  37663-0067 | Chexsystems<br>Customer Relations<br>7805 Hudson Rd # 100<br>Saint Paul, MN  55125-1595 |
| Citibank NA, as TTEE for CMLTI Asset Tr<br>PO Box 814609<br>Dallas, TX  75381-4609 | Comenity Bank/Avenue<br>PO Box 182789<br>Columbus, OH  43218-2789 | Conns Appliances Inc.<br>c/o Becket & Lee LLP<br>PO Box 3002<br>Malvern, PA  19355-0702 |
| Credit One Bank NA<br>PO Box 98872<br>Las Vegas, NV  89193-8872 | DBA Paragon Revenue Gr<br>FBO NW Regions Med Cntr<br>PO Box 126<br>Concord, NC  28026-0126 | Delta Medical Group<br>PO Box 1734<br>Greenville, MS  38702-1734 |
| Delta Regional Medical Center<br>PO Box 1734<br>Greenville, MS 38702-1734 | Diversified Consultant<br>FBO ATT UVERSE<br>PO Box 551268<br>Jacksonville, FL  32255-1268 | Equifax<br>PO Box 740256<br>Atlanta, GA  30374-0256 |
| Experian<br>PO Box 2002<br>Allen, TX  75013-2002 | FAY Servicing<br>PO Box 619063<br>Dallas, TX  75261-9063 | First Collection Services<br>FBO Southern Bancorp<br>10925 Otter Creek East Blvd<br>Mabelvale, AR  72103-1661 |
| Fort Financial Credit<br>3102 Spring St<br>Fort Wayne, IN 46808-2998 | W. Heath Franklin<br>PO BOX 192<br>205-A North Broad Street<br>Leland, MS 38756-0192 | IRS Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| LVNV Funding LLC<br>assignee of FNBM, LLC<br>PO Box 10587<br>Greenville, SC  29603-0587 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI  48090-2011 | Mike Turner Auto Sales<br>915 US Hwy 82<br>Greenwood, MS 38930-2727 |

| | | |
|---|---|---|
| Mississippi Dept of Revenue<br>Bankruptcy Section<br>PO Box 22808<br>Jackson, MS  39225-2808 | Montgomery Ward<br>1112 7th Ave<br>Monroe, WI  53566-1364 | Northwest MS Regional Medical Center<br>PO Box 1218<br>Clarksdale, MS  38614-1218 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA  23541-1021 | Peritus Portfolio Services II, LLC<br>PO Box 141419<br>Irving, TX  75014-1419 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA  23541-1067 |
| Professional Credit Mgmt<br>FBO Midsouth Imaging<br>PO Box 4037<br>Jonesboro, AR  72403-4037 | Quantum 3 Group<br>FBO Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC<br>FBO Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Rotech-RN Home Care Med Equipment<br>2077 Commerce St<br>Grenada, MS  38901-5108 | ~~Roesha E. Sanders~~<br>~~PO Box 615~~<br>~~Shelby, MS 38774-0615~~ | ~~Timothy L Sanders~~<br>~~PO Box 615~~<br>~~Shelby, MS 38774-0615~~ |
| Santander Consumer USA<br>PO Box 961211<br>Fort Worth, TX  76161-0211 | Stanley's Auto Sales<br>101 London Cv<br>Batesville, MS  38606-8507 | State Bridge<br>5680 Greenwood Pl<br>Greenwood Village, CO 80111-2404 |
| Synchrony Bank<br>c/o PRA Receivables Mgmt LLC<br>PO Box 41021<br>Norfolk, VA  23541-1021 | (p)TELECHECK SERVICES INC<br>P O BOX 6806<br>HAGERSTOWN MD  21741-6806 | The Bureaus, Inc./Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P O Box 41021<br>Norfolk, VA  23541-1021 |
| (p)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS  39232-0001 | ~~Transunion~~<br>~~PO Box 1000~~<br>~~Crum Lynne, PA  19022~~ | ~~U. S. Trustee~~<br>~~501 East Court Street, Suite 6-430~~<br>~~Jackson, MS 39201-5022~~ |
| WWC Finance, Inc<br>PO Box 567<br>Houston, MS  38851-0567 | Wakefield<br>FBO ACS Emer. Svcs of MS PO<br>PO Box 50250<br>Knoxville, TN  37950-0250 | |